IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JEREMY WADE GANT, #1045093 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-331 |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |

## **ORDER OF DISMISSAL**

Before the Court for its Order of Acceptance is a Report and Recommendation of the Magistrate Judge, entered on March 14, 2007, which recommends that the Application for Writ of Habeas Corpus of Jeremy Wade Gant be dismissed with prejudice. Gant has filed objections to the Report and Recommendation, reiterating his claims of due process violations during the course of a disciplinary proceeding. As correctly explained by the Magistrate Judge, the nature of Gant's conviction renders him ineligible for mandatory release and, accord, ineligible for the protections afforded by the Due Process Clause.

Having given this matter *de novo* review as required by 28 U.S.C. §636 (b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct

1

application of applicable law and it is, hereby, **ACCEPTED** in its entirety and incorporated by reference herein.

It is hereby **ORDERED** that the Application for Writ of Habeas Corpus of Jeremy Wade Gant is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas, this the 2nd day of April, 2007.

_____
Samuel B. Kent
United States District Judge